# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-26-00122-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | (2nd Request) |
| Gilberto Salinas, et al., | |
| Defendant. | |

Upon motion of the defendant Lisa Noelle Salinas, no objection by the Government or co-defendant, and good cause appearing,

**IT IS ORDERED** granting the defendant's Motion to Continue Trial and Pretrial Deadlines for the reasons stated in defendant's motion, including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS FURTHER ORDERED** continuing the trial date from July 7, 2026 to **October 6, 2026 at 9:00 a.m.**, in Phoenix, Arizona, and continuing the pretrial motion deadline until August 28, 2026.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B)(iv) from 7/8/2026 to 10/6/2026.

Dated this 28th day of May, 2026.

_Krissa M. Lanham_
**Honorable Krissa M. Lanham**
**United States District Judge**